IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRETT KELLY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS PROPER, PATRICK ERBACHER, and CITY OF MISSOULA,<br><br>　　　　　　Defendants. | CV 21-35-M-KLD<br><br><br>ORDER |

Having resolved all claims between them, the parties stipulate that this matter be dismissed with prejudice, each party to bear its own fees and costs. (Doc. 18). Accordingly,

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 4th day of October, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1